AL REEMS V. STATE OF NEBRASKA.

FILED NOVEMBER 14, 1930. No. 27564.

*John E. Lowe,* for plaintiff in error.

*C. A. Sorensen,* Attorney General, and *Clifford L. Rein,* contra.

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Al Reems for a review of the judgment of the district court for Lancaster county wherein he was convicted of unlawful possession of intoxicating liquor.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.